No. 73, Orig.   CALIFORNIA *v.* NEVADA.   It is ordered that the Honorable Robert Van Pelt be discharged as Special Master in this case.   [For earlier decision herein, see, *e. g.,* 456 U. S. 867.]

No. 93, Orig.   OKLAHOMA *v.* ARKANSAS ET AL.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 80–1074.   VELDE ET AL. *v.* NATIONAL BLACK POLICE ASSN., INC., ET AL., 458 U. S. 591.   Motion of respondents to defer taxation of costs denied.   JUSTICE POWELL and JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 80–1735.   FEDERAL BUREAU OF INVESTIGATION ET AL. *v.* ABRAMSON, 456 U. S. 615.   Motion of respondent for reconsideration of taxation of costs denied.

No. 80–1991.   OREGON *v.* KENNEDY, 456 U. S. 667.   Motion of respondent to retax costs denied.

No. 81–1.   GOLDSBORO CHRISTIAN SCHOOLS, INC. *v.* UNITED STATES; and

No. 81–3.   BOB JONES UNIVERSITY *v.* UNITED STATES. C. A. 4th Cir.   [Certiorari granted, 454 U. S. 892.]   Motions of National Association of Independent Schools, Lawrence E. Lewy, Independent Sector, International Human Rights Law Group, and Anti-Defamation League of B'nai B'rith for leave to file briefs as *amici curiae* granted.   Motions for divided argument and for additional time for oral argument granted, and a total of one hour and 15 minutes allotted for oral argument to be divided as follows: 15 minutes for Goldsboro Christian Schools, Inc.; 15 minutes for Bob Jones University; 15 minutes for the United States; and 30 minutes for William T. Coleman, Jr., Esquire, as *amicus curiae.*